Jeb S. COY, Appellant,

v.

Sherry L. EATON, Respondent.

No. WD 49057.

Missouri Court of Appeals,
Western District.

July 26, 1994.

Craig D. Ritchie, St. Joseph, for appellant.

George W. Richardson, Kansas City, for respondent.

Before KENNEDY, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

Jeb S. Coy appeals the trial court's order granting his ex-wife, the custodial parent, permission to remove a minor child from the state. We affirm. Rule 84.16(b).